IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL L. BANKS,

    Plaintiff,                    No. CIV S-05-1215 MCE CMK

    vs.

GOVERNOR ARNOLD SCHWARZENEGGER, et. al.[1],

    Defendants..           <u>ORDER FOR PAYMENT</u>

_____/    <u>OF INMATE FILING FEE</u>

To: The Director of the California Department of Corrections, 1515 S Street, Sacramento, California 95814:

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to pay the statutory filing fee of $250.00 for this action. Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $250.00 is paid in full. 28 U.S.C. § 1915(b)(2).

      Good cause appearing therefore, IT IS HEREBY ORDERED that:

      1. The Director of the California Department of Corrections or a designee shall

---

[1] The plaintiff misspelled the Governor Schwarzengger's name. Accordingly, the court has made the appropriate correction.

1 collect monthly payments from plaintiff's prison trust account in an amount equal to twenty
2 percent (20%) of the preceding month's income credited to the prisoner's trust account and shall
3 forward those payments to the Clerk of the Court each time the amount in the account exceeds
4 $10.00 in accordance with 28 U.S.C. § 1915(b)(2) until a total of $250.00 has been collected and
5 forwarded to the Clerk of the Court.  Said payment shall be clearly identified by the name and
6 number assigned to this action.

      2. The Clerk of the Court is directed to serve a copy of this order and a copy of
plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections,
1515 S Street, Sacramento, California 95814.

      4. The Clerk of the Court is directed to serve a copy of this order on the Financial
Department of the court.

DATED: July 7, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2